12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

Name of Offender:  **Debra Fillmore**                                   Docket Number:  **2:17CR00453-001**

Name of Sentencing Judicial Officer:     **Honorable David Nuffer**
                                          **U.S. District Judge**

Date of Original Sentence:  **December 20, 2017**
Original Offense:     **Possession of Methamphetamine with Intent to Distribute**
Original Sentence:    **60 Months Custody/48 Months Supervise Release**

Type of Supervision:  **Supervised Release**          Current Supervision Began: **October 16, 2019**

---

### SUPERVISION SUMMARY

The following information is regarding the termination of the defendant's supervised release.

On December 20, 2017, the defendant was originally sentenced to 60 months custody followed by 48 months supervised release. While in custody, the defendant experienced health issues. The Bureau of Prisons recommended a compassionate release to return home and have her family assist her with her health issues.

On October 15, 2019, the defendant's judgment was amended to include her term of custody to time serve followed by 48 months supervised release. The defendant was granted her compassionate release and returned to her family's residence.

On October 16, 2019, the defendant commenced her 48-month term of supervised release. The defendant shared with United States Probation that she was suffering from severe health issues. On February 18, 2020, the defendant's family informed United States Probation the defendant had passed away on February 12, 2020 related to her health issues. Confirmation of the defendant's passing was confirmed by a copy of the defendant's death certificate.

Based on this information, it is respectfully recommended the defendant's case be closed.

If the Court desires more information or another course of action, please contact me at.

I declare under penalty of perjury that the foregoing is true and correct.

*Alonzo Nez*
by Alonzo Nez
U.S. Probation Officer
February 21, 2020

Revised 12/17

PROB 12B  
D/UT 06/15

Debra Fillmore  
2:17CR00453-001

---

## THE COURT:

☒ Approves the request noted above  
☐ Denies the request noted above  
☐ Other

_____  
Honorable David Nuffer  
United States District Judge

Date:   March 3, 2020